UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ROBERT E. RISER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-1273-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 10, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including January 24, 2012, to file a reply brief.

DATED this <u>13th</u> day of December, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1       ORDER - [C11-CV-01273-MAT]

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3619
Fax:  (206) 615-2531
nancy.mishalanie@ssa.gov